FILED IN OPEN COURT
ON 8/20/2025 ACC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-208-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ISIDRO ARCENIO ALVARADO | ) | |

The Grand Jury charges that:

COUNT ONE

On or about December 3, 2021, in the Eastern District of North Carolina and elsewhere, the defendant, ISIDRO ARCENIO ALVARADO, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by making a false statement under oath and penalty of perjury, that is:

1. On Part 12, Question 14.E. of his Application for Naturalization (Form N-400), in response to the question "Were you EVER involved in any way with any of the following: . . . [f]orcing, or trying to force, someone to have any kind of sexual contact or relations?" he answered "No" when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

2. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO

On or about October 12, 2022, in the Eastern District of North Carolina and elsewhere, the defendant, ISIDRO ARCENIO ALVARADO, did knowingly attempt to procure his naturalization as a United States citizen contrary to law, by making a false statement under oath and penalty of perjury during his naturalization interview, that is:

1. On Part 12, Question 14.E. of his Application for Naturalization (Form N-400), in response to the question "Were you EVER involved in any way with any of the following: . . . [f]orcing, or trying to force, someone to have any kind of sexual contact or relations?" he answered "No" when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

2. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

3. On Part 12, Question 31 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?" he answered "No" when in fact, as he then knew, he had given U.S. Government officials false, fraudulent, and misleading information on or about December 3, 2021, when he denied ever forcing anyone to have sexual contact or relations when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina. Moreover, he likewise knew that he had given U.S. Government officials false, fraudulent, and misleading information on or about December 3, 2021, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

4. On Part 12, Question 32 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER lied to any U.S. government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?" he answered "No" when in fact, as he then knew, he lied to U.S. government officials on or about December 3, 2021, when he denied ever forcing anyone to have sexual contact or relations when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina. Moreover, he likewise knew that he lied to U.S. Government officials on or about December 3, 2021, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

All in violation of Title 18, United States Code, Section 1425(a).

<u>COUNT THREE</u>

On or about October 12, 2022, at a time separate and distinct from Count Two, in the Eastern District of North Carolina and elsewhere, the defendant, ISIDRO ARCENIO ALVARADO, did knowingly procure his naturalization as a United States citizen contrary to law, by knowingly making a material misrepresentation under penalty of perjury causing his acquisition of citizenship, that is:

1. On Part 12, Question 14.E. of his Application for Naturalization (Form N-400), in response to the question "Were you EVER involved in any way with any of the following: . . . [f]orcing, or trying to force, someone to have any kind of sexual contact or relations?" he answered "No" when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

2. On Part 12, Question 22 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER committed, assisted in committing, or attempted to commit, a crime or offense for which you were NOT arrested?" he answered "No" when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

3. On Part 12, Question 31 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER given any U.S. Government officials any information or documentation that was false, fraudulent, or misleading?" he answered "No" when in fact, as he then knew, he had given U.S. Government officials false, fraudulent, and misleading information on or about December 3, 2021, when he denied ever forcing anyone to have sexual contact or relations when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina. Moreover, he likewise knew that he had given U.S. Government officials false, fraudulent, and misleading information on or about December 3, 2021, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

4. On Part 12, Question 32 of his Application for Naturalization (Form N-400), in response to the question "Have you EVER lied to any U.S. government officials to gain entry or admission into the United States or to gain immigration benefits while in the United States?" he answered "No" when in fact, as he then knew, he lied to U.S. government officials on or about December 3, 2021, when he denied ever forcing anyone to have sexual contact or relations when in fact, as he then knew, he had forced a child to have sexual contact and relations from January 1, 2019, through April 10, 2021, in Wake County, North Carolina. Moreover, he likewise knew that he lied to U.S. Government officials on or about December 3, 2021, when he denied having ever committed a crime or offense for which he had not been arrested when in fact, as he then knew, he had committed indecent liberties with a child (two counts), crimes for which he had not then been arrested, from January 1, 2019, through April 10, 2021, in Wake County, North Carolina.

All in violation of Title 18, United States Code, Section 1425(a).

COUNT FOUR

On or about March 7, 2023, in the Eastern District of North Carolina and elsewhere, the defendant, ISIDRO ARCENIO ALVARADO, willfully and knowingly made a false statement in an application for a passport with intent to induce and

secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant declared, under penalty of perjury, "I have not knowingly and willfully made false statements or included false documents in support of this application," which he knew to be false, all in violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_8/20/25_
DATE

W. ELLIS BOYLE
United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney