**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH, NORTH CAROLINA**

**<u>THE HONORABLE JAMES C. DEVER III</u>**
**<u>UNITED STATES DISTRICT JUDGE PRESIDING</u>**

<mark>Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **<u>not</u>** be considered until counsel appears for the hearing at the scheduled date and time.</mark>

<span style="color:red">**CELL PHONES ARE PROHIBITED IN THE COURTROOM.**</span>

**<u>CRIMINAL SESSION COMMENCING ON</u>**
**<u>February 9th Term for 2026</u>**

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

<mark>**<u>MONDAY, FEBRUARY 9, 2026 AT 9:00AM</u>**</mark>
**<u>SENTENCING</u>**

| | |
|---|---|
| **Salas-Mendoza**, Mireya | *Interpreter Needed |
| **AUSA**: Aria Merle | 5:22-CR-00344-1-D |
| **ATTY**: David Wicclair | |

**<u>MONDAY, FEBRUARY 9, 2026 AT 9:00AM</u>**
**<u>SENTENCING</u>**

| | |
|---|---|
| **Gallegos-Hernandez**, Luis | *Interpreter Needed |
| **AUSA**: Logan Liles | 5:24-CR-00352-1-D |
| **ATTY**: Snayha. Nath | |

**<u>MONDAY, FEBRUARY 9, 2026 AT 9:00AM</u>**
**<u>SENTENCING</u>**

| | |
|---|---|
| **Lopez-Gomez**, Roberto | *Interpreter Needed |
| **AUSA**: Lori Warlick / Scott Lemmon | 5:23-CR-00133-4-D |
| **ATTY**: Nardine Guirguis | |

**MONDAY, FEBRUARY 9, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Lopez-Gomez**, Roberto                                        *Interpreter Needed
**AUSA**: Lori Warlick                                          5:14-CR-00234-1-D
**ATTY**: Joseph Zeszotarski Jr. / Nardine Guirguis


**MONDAY, FEBRUARY 9, 2026 AT 9:00AM**
**SENTENCING**
**Silva-Caceres**, Edwin Gerardo                               *Interpreter Needed
**AUSA**: Lori Warlick                                          5:25-CR-00047-1-D
**ATTY**: Jorgelina Araneda


**MONDAY, FEBRUARY 9, 2026 AT 9:00AM**
**SENTENCING**
**Alvarado**, Isidro Arcenio                                   *Interpreter Needed
**AUSA**: Lori Warlick                                          5:25-CR-00208-1-D
**ATTY**: William Finn Jr.

**MONDAY, FEBRUARY 9, 2026 AT 9:00AM**
**SENTENCING**
**Cano-Acosta**, Luis Fernando                                 *Interpreter Needed
**AUSA**: Lori Warlick                                          5:25-CR-00235-1-D
**ATTY**: James Todd Jr.

**MONDAY, FEBRUARY 9, 2026 AT 1:00PM**
**SENTENCING**
**Jones**, Jerard
**AUSA**: Jennifer Nucci                                        4:23-CR-00022-1-D
**ATTY**: Joseph Bell Jr.


**MONDAY, FEBRUARY 9, 2026 AT 1:00PM**
**SENTENCING**
**Innab**, Nahro Sudoi
**AUSA**: John Newby                                            5:22-CR-00304-1-D
**ATTY**: Ryan Willis / Meredith Brewer


**MONDAY, FEBRUARY 9, 2026 AT 1:00PM**
**SENTENCING**
**Grassi**, Philip
**AUSA**: Kimberly Dixon                                        5:23-CR-00134-6-D
**ATTY**: Paul Sun Jr / Kelly Dagger

**MONDAY, FEBRUARY 9, 2026 AT 1:00PM**
**SENTENCING**
**Martin**, Michael
**AUSA**: Kimberly Dixon                    5:23-CR-00134-16-D
**ATTY**: Guy Smith


**TUESDAY, FEBRUARY 10, 2026 AT 9:00AM**
**SENTENCING**
**Banister**, Nicholas
**AUSA**: Aria Merle                    5:25-CR-00106-1-D
**ATTY**: Elliot Abrams / Erin Wilson


**TUESDAY, FEBRUARY 10, 2026 AT 9:00AM**
**SENTENCING**
**Banister**, Amanda Lee
**AUSA**: Aria Merle                    5:25-CR-00106-2-D
**ATTY**: F. Hill Allen, IV


**WEDNESDAY, FEBRUARY 11, 2026 AT 9:00AM**
**SENTENCING**
**Steele**, Larico D.
**AUSA**: David G. Beraka                    5:25-CR-00123-1-D
**ATTY**: Dhamian A. Blue


**WEDNESDAY, FEBRUARY 11, 2026 AT 9:00AM**
**SENTENCING**
**Jenkins**, Keith Maurice
**AUSA**: Aria Merle                    5:25-CR-00219-2-D
**ATTY**: Scott Wilkinson


**WEDNESDAY, FEBRUARY 11, 2026 AT 9:00AM**
**SENTENCING**
**Faison III,** Homer Allen
**AUSA**: Charles Loeser                    7:23-CR-00065-1-D
**ATTY**: Hayes Ludlum

**WEDNESDAY, FEBRUARY 11, 2026 AT 9:00AM**
**SENTENCING**
**Gurganus**, Jeffery
**AUSA**: Alison Lester                                    7:25-CR-00006-6-D
**ATTY**: William Webb Jr.


**WEDNESDAY, FEBRUARY 11, 2026 AT 1:00PM**
**SENTENCING**
**Chacon**, Linda Carrol
**AUSA**: Ethan Ontjes                                    7:25-CR-00049-1-D
**ATTY**: Snayha Nath


**WEDNESDAY, FEBRUARY 11, 2026 AT 1:00PM**
**SENTENCING**
**Meadows**, Swaheli Hatari
**AUSA**: Alison Lester                                    7:25-CR-00058-4-D
**ATTY**: Colin Shive / F. Allen IV


**WEDNESDAY, FEBRUARY 11, 2026 AT 1:00PM**
**SENTENCING**
**Brown**, Anthony
**AUSA**: Timothy Severo                                  7:25-CR-00091-1-D
**ATTY**: David Wicclair


**THURSDAY, FEBRUARY 12, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Reid**, Henry Lamont
**AUSA**: Jennifer Nucci                                   4:07-CR-00057-1-D
**ATTY**: Aaron Davison


**THURSDAY, FEBRUARY 12, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Williams**, Christopher
**AUSA**: Jennifer Nucci                                   5:19-CR-00010-1-D
**ATTY**: Aaron Davison

**THURSDAY, FEBRUARY 12, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Davenport**, Michael Wayne
**AUSA**: Evelyn Yarborough                                    5:21-CR-00044-1-D
**ATTY**: Aaron Davison


**THURSDAY, FEBRUARY 12, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Johnson**, Tyjonte
**AUSA**: Evelyn Yarborough                                    7:20-CR-00184-3-D
**ATTY**: Aaron Davison


**THURSDAY, FEBRUARY 12, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Rogers**, Raphael Walter
**AUSA**: Leonard Champaign                                    7:10-CR-00108-1-D
**ATTY**: Aaron Davison


**THURSDAY, FEBRUARY 12, 2026 AT 9:00AM**
**REVOCATION SUPERVISED RELEASE HEARING**
**Harrison Jr.,** Javob James
**AUSA**: Leonard Champaign                                    7:18-CR-00070-1-D
**ATTY**: Aaron Davison