UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-208-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO REVOKE |
| | ) | CITIZENSHIP |
| ISIDRO ARCENIO ALVARADO | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully requests the Court order the Defendant's citizenship revoked and cancel the Defendant's certificate of naturalization pursuant to 8 U.S.C. § 1451(e), as discussed further in the attached memorandum, at the Defendant's sentencing hearing, scheduled for February 9, 2026. *See* D.E. 38.

IT IS FURTHER REQUESTED that from the date of the order, the Defendant be forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of the Defendant's naturalization on or about October 12, 2022.

IT IS FURTHER REQUESTED that the Defendant surrender and deliver his Certificate of Naturalization, and any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), to the Attorney General or the Secretary of Homeland Security immediately, and return any other indicia of United States citizenship, and

1

any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

Respectfully submitted, this 5th day of February, 2026.

                                                W. ELLIS BOYLE
                                                United States Attorney

By:   <u>/s/ Lori B. Warlick</u>
        LORI B. WARLICK
        Assistant United States Attorney
        Criminal Division
        United States Attorney's Office
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: 919-856-4882
        Email: lori.b.warlick@usdoj.gov
        NC Bar No. 3712

CERTIFICATE OF SERVICE

This is to certify that I have this this 5th day of February, 2026, served a copy of the foregoing MOTION TO REVOKE CITIZENSHIP upon the counsel of record for Defendant, William F. Finn, Jr., by filing it on the Court's CM/ECF system.

<pre>
By:    /s/ Lori B. Warlick
       LORI B. WARLICK
       Assistant United States Attorney
       Criminal Division
</pre>