UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-208-D-BM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | APPLICATION FOR, AND |
| v. | ) | FACTUAL ALLEGATIONS |
| | ) | IN SUPPORT OF, |
| ISIDRO ARCENIO ALVARADO | ) | JUDICIAL ORDER OF REMOVAL |

Consistent with its agreement with the defendant Isidro Arcenio Alvarado, the United States hereby respectfully applies for a judicial order of removal and alleges the following facts in support of its application and its Notice of Intent to Request Judicial Removal, *see* D.E. 31, providing documentary notice to the defendant and his attorney of record, William F. Finn, Jr., of its application and these allegations of fact:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of El Salvador and a citizen of El Salvador.

3. The defendant became a lawful permanent resident of the United States on July 11, 2001.

4. The defendant became a naturalized citizen of the United States on October 12, 2022.

5. The defendant pleaded guilty to two counts of indecent liberties with child on July 8, 2025. The date of the offenses was January 1, 2019, through April 10, 2021.

6. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the Eastern District of North Carolina of naturalization fraud, in violation of 18 U.S.C. § 1425(a).

7. The maximum term of imprisonment for a violation of 18 U.S.C. § 1425(a) is 10 years. Given that the defendant is expected to plead guilty pursuant to a plea agreement to one count of 18 U.S.C. § 1425(a), the maximum sentence faced by the defendant is 10 years' imprisonment.

8. The defendant is, and at sentencing will be, subject to removal from the United States as an alien who is convicted of an aggravated felony at any time after admission, pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii).

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States requests that this Court, at the time of sentencing, order that the defendant be removed from the United States to El Salvador promptly upon his completion of a term of imprisonment, if any.

Respectfully submitted, this 5th day of February, 2026.

                             W. ELLIS BOYLE
                             United States Attorney

              By:    /s/ Lori B. Warlick
                      LORI B. WARLICK
                      Assistant United States Attorney
                      Criminal Division
                      United States Attorney's Office
                      150 Fayetteville Street, Suite 2100
                      Raleigh, NC 27601
                      Telephone: 919-856-4882
                      Email: lori.b.warlick@usdoj.gov
                      NC Bar No. 3712

CERTIFICATE OF SERVICE

This is to certify that I have this this 5th day of February, 2026, served a copy of the foregoing upon the counsel of record for Defendant, William F. Finn, Jr., by filing it on the Court's CM/ECF system.

                          By:    <u>/s/ Lori B. Warlick</u>
                                   LORI B. WARLICK
                                   Assistant United States Attorney
                                   Criminal Division

3
Case 5:25-cr-00208-D-BM     Document 41     Filed 02/05/26     Page 3 of 3