UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-208-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISIDRO ARCENIO ALVARADO | ) | |

WHEREAS the Defendant, ISIDRO ARCENIO ALVARADO, having been convicted of committing fraud to obtain naturalization as a citizen of the United States, in violation of 18 U.S.C. § 1425(a), and whereas 8 U.S.C. § 1451(e) mandates that in the event of such a conviction the related naturalization shall be revoked:

IT IS HEREBY ORDERED THAT judgment is entered revoking, setting aside, and declaring void the naturalization of the Defendant ordered by the Attorney General of the United States or the Secretary of the Department of Homeland Security (admitting the Defendant to United States citizenship) and cancelling Certificate of Naturalization Number 44100952.

IT IS FURTHER ORDERED THAT the Defendant, from the date of the order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of the Defendant's naturalization on A070807063.

IT IS FURTHER ORDERED THAT the Defendant will surrender and deliver his Certificate of Naturalization, and any copies thereof in her possession (and to

make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), to the Attorney General or the Secretary of Homeland Security immediately, and will return any other indicia of United States citizenship, and any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

IT IS SO ORDERED.

DATED this ___9___ day of February, 2026.

*signature*
JAMES C. DEVER III
United States District Judge